UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Richard Dunston III                        Docket No. 5:20-CR-494-1D

### Petition for Action on Supervised Release

COMES NOW Jonathan A. Holmes, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Richard Dunston III, who, upon a plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on October 21, 2021, to the custody of the Bureau of Prisons for a term of 71 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Richard Dunston III was released from custody on June 24, 2025, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Upon review of the defendant's presentence investigation report, it was discovered the defendant was previously convicted of Second Degree Kidnapping in 2016. It is requested the defendant be ordered to complete a psycho-sexual evaluation to determine if any additional treatment or conditions are necessary to reduce risk and assist in the protection of the public.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall submit to a psycho-sexual evaluation by a qualified mental health professional who is experienced in evaluating sexual offenders and who is approved by the U.S. Probation Officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                             I declare under penalty of perjury that the foregoing is true and correct.

/s/ Mark Culp                                      /s/ Jonathan A. Holmes
Mark Culp                                           Jonathan A. Holmes
Supervising U.S. Probation Officer           U.S. Probation Officer
                                                         310 New Bern Avenue, Room 610
                                                         Raleigh, NC 27601-1441
                                                         Phone: 919-861-8699
                                                         Executed On: August 20, 2025

Richard Dunston III
Docket No. 5:20-CR-494-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __21__ day of __August__, 2025, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge